**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF IOWA**

Case number (if known): _____  Chapter _____**7**_____

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **LBI, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **fdba Northwest Iowa Bancorporation; fdba Liberty Banshares, Inc.; fdba Liberty Banshares Iowa, Inc.** |
| 3. | Debtor's federal Employer Identification Number (EIN) | 4  2  –  0  9  3  5  5  8  9  3 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **c/o Kevin Krause**<br>Number    Street<br>**12119 Stratford Drive, Suite B** | _____<br>Number    Street<br>_____<br>P.O. Box |
| **Clive**          **IA**    **50325**<br>City          State   ZIP Code | _____<br>City          State   ZIP Code |
| **Polk**<br>County | **Location of principal assets, if different from principal place of business**<br><br>_____<br>Number    Street<br>_____<br>_____<br>City          State   ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **None** |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other.  Specify: _____ |

Debtor **LBI, Inc.** _____    Case number (if known) _____

| | |
|---|---|
| **7. Describe debtor's business** | **A. Check one:** |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

**B. Check all that apply:**

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/

<u>5</u>   <u>5</u>   <u>1</u>   <u>1</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

**Check one:**

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.   **Check all that apply:**

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                        MM / DD / YYYY
        District _____  When _____  Case number _____
                                        MM / DD / YYYY
        District _____  When _____  Case number _____
                                        MM / DD / YYYY

Debtor  **LBI, Inc.**                                             Case number (if known) _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.  Debtor _____        Relationship _____

District _____        When _____
                                                                                    MM / DD / YYYY

List all cases. If more than 1, attach a separate list.

Case number, if known _____

Debtor _____        Relationship _____

District _____        When _____
                                                                                    MM / DD / YYYY

Case number, if known _____

**11.** **Why is the case filed in _this district_?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**        *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**        _____
                                                    Number        Street

_____

_____
City                                                    State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

## ▮ Statistical and adminstrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor **LBI, Inc.**                                                     Case number (if known) _____

**14. Estimated number of creditors**

- ☐ 1-49
- ☐ 50-99
- ☑ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☑ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**Part X:   Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/27/2016**
                  MM / DD / YYYY

X **/s/ Kevin Krause**                                  **Kevin Krause**
Signature of authorized representative of debtor        Printed name

Title **Chairman**

**18. Signature of attorney**

X **/s/ Robert C. Gainer**                              Date **05/27/2016**
Signature of Attorney for Debtor                             MM / DD / YYYY

**Robert C. Gainer**
Printed name

**Cutler Law Firm**
Firm Name

**1307 50th St.**
Number       Street

_____

**West DSM**                          **IA**        **50266**
City                                  State       ZIP Code

Contact phone **(515) 223-6600**      Email address **rgainer@cutlerfirm.com**

**IS8884971**
Bar number                            State

---

**Fill in this information to identify the case**

Debtor name    **LBI, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF IOWA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1.  **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes.  Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
| --- | --- | --- | --- |

2.  **Cash on hand** _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  **Checking account at Central Bank** | **Checking account** | __ __ __ __ | $106.93 |

4.  **Other cash equivalents** *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.

| $106.93 |
| --- |

| Part 2: | Deposits and prepayments |
| --- | --- |

6.  **Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes.  Fill in the information below.

Debtor   **LBI, Inc.**                                                      Case number (if known) _____
       Name

**7.** **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

**9.** **Total of Part 2.**                                                 **Current value of debtor's interest**
    Add lines 7 through 8.  Copy the total to line 81.              | **$0.00** |

## Part 3:  Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

    ☑ No.  Go to Part 4.
    ☐ Yes.  Fill in the information below.

**11.** **Accounts receivable**                                            **Current value of debtor's interest**

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | **$0.00** | – | **$0.00** | = ............. ➔ | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | **$0.00** | – | **$0.00** | = ............. ➔ | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3**                                                | **$0.00** |
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

## Part 4:  Investments

**13.** **Does the debtor own any investments?**

    ☑ No.  Go to Part 5.
    ☐ Yes.  Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.** **Mutual funds or publicly traded stocks not included in Part 1** | | |
|    Name of fund or stock: | | |
| **15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
|    Name of entity:                          % of ownership: | | |
| **16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
|    Describe: | | |

**17.** **Total of Part 4**                                                | **$0.00** |
    Add lines 14 through 16.  Copy the total to line 83.

## Part 5:  Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No.  Go to Part 6.
    ☐ Yes.  Fill in the information below.

Debtor    **LBI, Inc.**                                           Case number (if known) _____
_____
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| **22.  Other inventory or supplies** | | | | |

**23.  Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24.  Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27.  Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops--either planted or harvested** | | | |
| **29.  Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.  Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |

**33.  Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34.  Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor      **LBI, Inc.**                                              Case number (if known) _____
            Name

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.  **Office furniture**

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
     Add lines 39 through 42.  Copy the total to line 86.                                    | **$0.00** |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**
     Add lines 47 through 50.  Copy the total to line 87.                                    | **$0.00** |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **LBI, Inc.**
_____    Case number (if known) _____
Name

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

☒  No.  Go to Part 10.
☐  Yes.  Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent | Net book value of | Valuation method | Current value of |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | of debtor's interest in property | debtor's interest (Where available) | used for current value | debtor's interest |

**56.  Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.    **$0.00**

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
☒  No
☐  Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒  No
☐  Yes

## Part 10:  Intangibles and Intellectual Property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☒  No.  Go to Part 11.
☐  Yes.  Fill in the information below.

| General description | Net book value of | Valuation method | Current value of |
|---|---|---|---|
| | debtor's interest (Where available) | used for current value | debtor's interest |

**60.  Patents, copyrights, trademarks, and trade secrets**

**61.  Internet domain names and websites**

**62.  Licenses, franchises, and royalties**

**63.  Customer lists, mailing lists, or other compilations**

**64.  Other intangibles, or intellectual property**

**65.  Goodwill**

**66.  Total of Part 10.**

Add lines 60 through 65.  Copy the total to line 89.    **$0.00**

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☒  No
☐  Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒  No
☐  Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒  No
☐  Yes

Debtor    __LBI, Inc._____    Case number (if known) _____
       Name

## Part 11:  All other assets

**70.  Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

**Current value of
debtor's interest**

**71.  Notes receivable**

Description (include name of obligor)

**72.  Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73.  Interests in insurance policies or annuities**

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.  Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

**76.  Trusts, equitable or future interests in property**

**Beneficiary interest to the Liberty Bank Liquidating Trust, Trust Settlement Date December 27,
2013, Trust Res**  _____    **$1,477,759.53**

**77.  Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78.  Total of Part 11.**

Add lines 71 through 77.  Copy the total to line 90.    **$1,477,759.53**

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **LBI, Inc.**                                        Case number (if known) _____
          Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $106.93 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,477,759.53 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $1,477,866.46 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92...................................................................... $1,477,866.46

**Fill in this information to identify the case:**

Debtor name   **LBI, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF IOWA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

Creditor's name
**Brent E. Johnson**

Creditor's mailing address
**25812 168th**

**Spirit Lake        IA      51360**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Formerly Liberty Bank, FSB, stock-now, liq. trust**

**Describe the lien**

**-- / Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| $113,597.56 | $0.00 |
| --- | --- |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$24,646,432.66

Debtor   **LBI, Inc.**                                           Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

**2.2**

**Creditor's name**
**Brett Nuckolls**

**Creditor's mailing address**
**425 Dockside Dr. #1102**

_____

**Naples          FL    34110**

**Creditor's email address, if known**

_____

**Date debt was incurred**          _____

**Last 4 digits of account number**          ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the
         relative priority?

   ☐ No.  Specify each creditor, including this
           creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
           specified on lines _____

**Describe debtor's property that is subject to a lien**
**Formerly Liberty Bank, FSB, stock-**
**now, liq. trust**

**Describe the lien**
**-- / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$138,402.85**          Column B: **$0.00**

**2.3**

**Creditor's name**
**Chad V. Smith**

**Creditor's mailing address**
**1032 Fitzgerald Lane**

_____

**Bogart          GA    30622**

**Creditor's email address, if known**

_____

**Date debt was incurred**          _____

**Last 4 digits of account number**          ___  ___  ___  ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the
         relative priority?

   ☐ No.  Specify each creditor, including this
           creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
           specified on lines _____

**Describe debtor's property that is subject to a lien**
**Formerly Liberty Bank, FSB, stock-**
**now, liq. trust**

**Describe the lien**
**-- / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$37,865.85**          Column B: **$0.00**

Debtor   **LBI, Inc.** _____   Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

| | | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

---

**2.4**  Creditor's name
**Christopher D. Wignall & Anne K. Wigna**

| | | Column A | Column B |
|---|---|---|---|
| Describe debtor's property that is subject to a lien | | $56,798.81 | $0.00 |

Creditor's mailing address
**8039 Heather Bow Court**

Describe debtor's property that is
subject to a lien
**Formerly Liberty Bank, FSB, stock-
now, liq. trust**

Describe the lien
**-- / Agreement**

_____

**Johnston**          **IA**    **50131**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known
_____

Date debt was incurred

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number        ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5**  Creditor's name
**Christopher J. Risewick**

| | | Column A | Column B |
|---|---|---|---|
| Describe debtor's property that is subject to a lien | | $110,722.30 | $0.00 |

Creditor's mailing address
**PO Box 3360**

Describe debtor's property that is
subject to a lien
**Formerly Liberty Bank, FSB, stock-
now, liq. trust**

Describe the lien
**-- / Agreement**

_____

**Des Moines**          **IA**    **50316**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known
_____

Date debt was incurred

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number        ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   **LBI, Inc.**                                              Case number (if known) _____

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

|  | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.6**  **Creditor's name**
Dennis Folden

Describe debtor's property that is
subject to a lien                                    $553,611.47            $0.00

**Creditor's mailing address**
9473 Winterberry Drive

Formerly Liberty Bank, FSB, stock-
now, liq. trust

Describe the lien
Agreement

West Des Moines      IA     50265

Is the creditor an insider or related party?

**Creditor's email address, if known**
☑ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?

**Last 4 digits of account
number**  ___ ___ ___ ___
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in
the same property?**

As of the petition filing date, the claim is:
Check all that apply.

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

**2.7**  **Creditor's name**
Eugene Michael Sarno

Describe debtor's property that is
subject to a lien                                    $55,361.16             $0.00

**Creditor's mailing address**
3104 Jordan Drive

Formerly Liberty Bank, FSB, stock-
now, liq. trust

Describe the lien
Agreement

West Des Moines      IA     50265

Is the creditor an insider or related party?

**Creditor's email address, if known**
☑ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?

**Last 4 digits of account
number**  ___ ___ ___ ___
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in
the same property?**

As of the petition filing date, the claim is:
Check all that apply.

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

Debtor    **LBI, Inc.**                                                    Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Column A: **Amount of claim** Do not deduct the value of collateral.

Column B: **Value of collateral that supports this claim**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.8** | Creditor's name
**Hickman Company, an Iowa Corporation**

Creditor's mailing address
**475 South 50th St., Ste. 750**

_____

**West Des Moines    IA    50265**

Creditor's email address, if known

_____

Date debt was incurred

Last 4 digits of account
number    ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien
**Formerly Liberty Bank, FSB, stock-
now, liq. trust**

Describe the lien
**Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$85,198.15    $0.00

**2.9** | Creditor's name
**J.D. Ventures, L.L.C., an Iowa Limited L**

Creditor's mailing address
**4330 Greenwood Drive**

_____

**Des Moines    IA    50312**

Creditor's email address, if known

_____

Date debt was incurred

Last 4 digits of account
number    ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien
**Formerly Liberty Bank, FSB, stock-
now, liq. trust**

Describe the lien
**Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$113,597.56    $0.00

Debtor **LBI, Inc.** _____ Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

**2.10** Creditor's name
**Jack W. Stapleton & Deborah J. Stapleto**

Creditor's mailing address
**PO Box 557**
_____

_____

**Ankeny          IA     50023**

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account
number ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes. Have you already specified the
relative priority?
☐ No. Specify each creditor, including this
creditor, and its relative priority.
☐ Yes. The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien
**Formerly Liberty Bank, FSB, stock-
now, liq. trust**

Describe the lien
**Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$396,153.86**          **$0.00**

**2.11** Creditor's name
**Jim S. Swift**

Creditor's mailing address
**4329 Plumwood Dr**
_____

_____

**West Des Moines     IA     50265**

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account
number ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes. Have you already specified the
relative priority?
☐ No. Specify each creditor, including this
creditor, and its relative priority.
☐ Yes. The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien
**Formerly Liberty Bank, FSB, stock-
now, liq. trust**

Describe the lien
**Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$415,208.60**          **$0.00**

Debtor   **LBI, Inc.** _____   Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

---

**2.12**

Creditor's name
**Kevin W. Krause**

Describe debtor's property that is subject to a lien
**Formerly Liberty Bank, FSB, stock-now, liq. trust**

$2,353,921.00          $0.00

Creditor's mailing address
**5626 Glen Oaks Pt**

Describe the lien
**Agreement**

**West Des Moines     IA     50266**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Date debt was incurred

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

---

**2.13**

Creditor's name
**Kyle J. Krause**

Describe debtor's property that is subject to a lien
**Formerly Liberty Bank, FSB, stock-now, liq. trust**

$6,072,450.49          $0.00

Creditor's mailing address
**6400 Westown Parkway**

Describe the lien
**Agreement**

**West Des Moines     IA     50266**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Date debt was incurred

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

---

Debtor   **LBI, Inc.** _____   Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | | | **Column A**<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

**2.14** Creditor's name
**Mikki Paula Smith**

Creditor's mailing address
**5700 NW 93rd St**

_____

**Johnston**          **IA**    **50131**

Creditor's email address, if known

_____

Date debt was incurred

Last 4 digits of account
number           ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
    relative priority?

    ☐ No.  Specify each creditor, including this
    creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
    specified on lines _____

Describe debtor's property that is
subject to a lien
**Formerly Liberty Bank, FSB, stock-
now, liq. trust**

Describe the lien
**Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$37,865.85**          **$0.00**

---

**2.15** Creditor's name
**Richard O. Wikert Revocable Trust**

Creditor's mailing address
**1750 Miramar Circle**

_____

**Fremont**          **NE**    **68025**

Creditor's email address, if known

_____

Date debt was incurred

Last 4 digits of account
number           ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
    relative priority?

    ☐ No.  Specify each creditor, including this
    creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
    specified on lines _____

Describe debtor's property that is
subject to a lien
**Formerly Liberty Bank, FSB, stock-
now, liq. trust**

Describe the lien
**Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$276,805.73**          **$0.00**

| Debtor | LBI, Inc. | Case number (if known) _____ |
|---|---|---|

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.16**

| Creditor's name | Describe debtor's property that is subject to a lien | $415,208.60 | $0.00 |
|---|---|---|---|
| **Steven E. Sukup** | **Formerly Liberty Bank, FSB, stock-now, liq. trust** | | |

Creditor's mailing address
**1405 Northshore Drive**

Describe the lien
**Agreement**

**Clear Lake          IA     50428**

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

**2.17**

| Creditor's name | Describe debtor's property that is subject to a lien | $7,313,032.54 | $0.00 |
|---|---|---|---|
| **Sukup Manufacturing Co., an Iowa Corp** | **Formerly Liberty Bank, FSB, stock-now, liq. trust** | | |

Creditor's mailing address
**1555 255th Street**

Describe the lien
**Agreement**

**Sheffield          IA     50475**

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes.  Have you already specified the relative priority?

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines _____

Debtor   **LBI, Inc.**                                        Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

---

**2.18**  **Creditor's name**
**UMB Financial Corporation, as Trustee**

**Creditor's mailing address**
**PO Box 419692, MS 1020304**

_____

**Kansas City          MO    64141**

**Creditor's email address, if known**

_____

**Date debt was incurred**         _____

**Last 4 digits of account**        ___  ___  ___  ___
**number**

**Do multiple creditors have an interest in
the same property?**

☑ No
☐ Yes.  Have you already specified the
relative priority?

  ☐ No.  Specify each creditor, including this
  creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is
  specified on lines _____

**Describe debtor's property that is
subject to a lien**
**Formerly Liberty Bank, FSB, stock-
now, liq. trust**

**Describe the lien**
**Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$28,399.39**     Column B: **$0.00**

---

**2.19**  **Creditor's name**
**W.A. Krause Revocable Trust**

**Creditor's mailing address**
**1360 NW 121st St, Suite A**

_____

**Clive               IA     50325**

**Creditor's email address, if known**

_____

**Date debt was incurred**         _____

**Last 4 digits of account**        ___  ___  ___  ___
**number**

**Do multiple creditors have an interest in
the same property?**

☑ No
☐ Yes.  Have you already specified the
relative priority?

  ☐ No.  Specify each creditor, including this
  creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is
  specified on lines _____

**Describe debtor's property that is
subject to a lien**
**Formerly Liberty Bank, FSB, stock-
now, liq. trust**

**Describe the lien**
**Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$6,034,365.04**     Column B: **$0.00**

---

Debtor   __LBI, Inc._____   Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

**2.20**

| Creditor's name | Describe debtor's property that is | $37,865.85 | $0.00 |
|---|---|---|---|
| **Wendi J. Smith** | **subject to a lien** | | |

Creditor's mailing address
**3216 SE Turnberry Dr**

**Formerly Liberty Bank, FSB, stock-
now, liq. trust**

**Describe the lien**

**Agreement**

__Ankeny_____ __IA___ __50021___

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known
_____

Date debt was incurred
_____

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number          ___  ___  ___  ___

Do multiple creditors have an interest in
the same property?

**As of the petition filing date, the claim is:**
Check all that apply.

☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines  _____

| Fill in this information to identify the case: |
| --- |

| Debtor | **LBI, Inc.** |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF IOWA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☑  No.  Go to Part 2.
    ☐  Yes.  Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

                                    **Total claim**      **Priority amount**

| Debtor | LBI, Inc. | | Case number (if known) |
|---|---|---|---|

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1   Nonpriority creditor's name and mailing address**

$15,632.45

**Stinson Leonard Street LLP**

**PO Box 843052**

**Kansas City          MO     64184-3052**

**Date or dates debt was incurred**

**Last 4 digits of account number     0    0    0    3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2   Nonpriority creditor's name and mailing address**

$15,000,000.00

**Wilmington Trust Company, Trustee of the**

**LB Cap Trust I, dated April 10, 2003**

**Rodney Square North**

**1100 North Market Street**

**Wilmington          DE     19890-0001**

**Date or dates debt was incurred**

**Last 4 digits of account number     __  __  __  __**

**attn: Corporate Trust Administrator**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trust Preferred Security, Issue 4/10/2003 & int.**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3   Nonpriority creditor's name and mailing address**

$15,000,000.00

**Wilmington Trust Company, Trustee of the**

**LB Capital Trust II,dated March 13, 2007**

**Rodney Square North**

**1100 North Market Street**

**Wilmington          DE     19890-0001**

**Date or dates debt was incurred**

**Last 4 digits of account number     __  __  __  __**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trust Preferred Security, Issue 3/13/2007 & int.**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   __LBI, Inc._____   Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be
     listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
   are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1  ALLAN C LARSON**<br>**LARSON CONTRACTING, INC.**<br>**508 WEST MAIN**<br>**LAKE MILLS        IA      50450** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only - Shareholder** | __ __ __ __ |
| **4.2  AMANDA J BRYAN**<br>**545 SE GREENBRIAR CIRCLE**<br>**WAUKEE            IA      50263** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only -  Shareholder** | __ __ __ __ |
| **4.3  AMANDA J KRAUSE**<br>**8667 SILVERWOOD DRIVE**<br>**WEST DES MOINES      IA      50266** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only -  Shareholder** | __ __ __ __ |
| **4.4  AMELIA G PRANGE**<br>**4234 NORTH HAZEL**<br>**CHICAGO            IL      60613** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only -  Shareholder** | __ __ __ __ |
| **4.5  ANNE K AND CHRISTOPHER D WIGNALL**<br>**8039 HEATHER BOW COURT**<br>**JOHNSTON          IA      50131** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only -  Shareholder** | __ __ __ __ |
| **4.6  ASHLEY R DOKKEN WALCHSHAUSER**<br>**REVOCABLE TRUST**<br>**5251 CATALINA STREET**<br>**MISSION          KS      66205** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only -  Shareholder** | __ __ __ __ |

| Debtor | LBI, Inc. | Case number (if known) | |
|---|---|---|---|

## Part 3:    Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | BENJAMIN M HENKE REVOCABLE TRUST 8148 LINGLE LANE LENEXA          KS      66215 | Line _____ ☑ Not listed.  Explain: Notice Only - Shareholder | __ __ __ __ |
| 4.8 | BRENT & TAMARA JOHNSON 25812 168th SPIRIT LAKE          IA      51360 | Line _____ ☑ Not listed.  Explain: Notice Only - Shareholder | __ __ __ __ |
| 4.9 | BRETT J NUCKOLLS REVOCABLE TRUST 425 DOCKSIDE DRIVE #1102 NAPLES          FL      34110 | Line _____ ☑ Not listed.  Explain: Notice Only - Shareholder | __ __ __ __ |
| 4.10 | BRITNI L PERSINGER NORBERT REVOCABLE TRUST 140 Teton Pines Court DAKOTA DUNES          SD      57049 | Line _____ ☑ Not listed.  Explain: Notice Only - Shareholder | __ __ __ __ |
| 4.11 | BROOK ROSENBERG 3818 MUSKOGEE AVENUE DES MOINES          IA      50312 | Line _____ ☑ Not listed.  Explain: Notice Only - Shareholder | __ __ __ __ |
| 4.12 | BRUCE S ANDERSON 2085 TIMBER CREEK DRIVE MARION          IA      52302 | Line _____ ☑ Not listed.  Explain: Notice Only - Shareholder | __ __ __ __ |
| 4.13 | CHRISTINA L KERN 3112 ONANDAGA POINT DES MOINES          IA      50321 | Line _____ ☑ Not listed.  Explain: Notice Only - Shareholder | __ __ __ __ |

Debtor   **LBI, Inc.**                                           Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |

**4.14**   **CHRISTOPHER J RISEWICK**
**REVOCABLE TRUST**
**PO BOX 3360**

**DES MOINES        IA     50316**

Line _____
☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.15**   **CYRIL FARNER**
**6205 SOUTH DORAL TRAIL**

**SIOUX FALLS        SD     57108**

Line _____
☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.16**   **DALLAS CLARK**
**2995 BELLE MAISON DRIVE**

**ZIONSVILLE        IN     46077**

Line _____
☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.17**   **DAVID & CAROLYN EVANS**
**2202 ASPEN RIDGE SE**

**CEDAR RAPIDS      IA     52403**

Line _____
☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.18**   **DAVID & JENNIFER CARPENTER**
**JTWROS**
**1126 BURR OAKS DRIVE**

**WEST DES MOINES    IA     50266**

Line _____
☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.19**   **DAVID C PRANGE JR**
**4234 NORTH HAZEL**

**CHICAGO        IL     60613**

Line _____
☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.20**   **DAVID J FISHER**
**ONTHANK COMPANY**
**5784 GALLERY COURT**

**WEST DES MOINES    IA     50266**

Line _____
☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

Debtor    **LBI, Inc.** _____    Case number (if known) _____

| Part 3: | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.21 | **DELORES FARNER**<br>**20901 WILDCAT RUN DRIVE**<br><br>**EASTERO        FL      33928** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only -  Shareholder** | __ __ __ __ |
| 4.22 | **DENNIS A LEVETT**<br>**PO BOX 6286**<br><br>**CARMEL        CA      93921** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only -  Shareholder** | __ __ __ __ |
| 4.23 | **DENNIS L ANDERSON**<br>**REVOCABLE TRUST**<br>**135 LOIS AVENUE**<br><br>**CARROLL        IA      51401** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only -  Shareholder** | __ __ __ __ |
| 4.24 | **DENNIS N FOLDEN**<br>**1463 - 93RD STREET**<br><br>**WEST DES MOINES    IA    50266** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only -  Shareholder** | __ __ __ __ |
| 4.25 | **DENNIS R GILES**<br>**990 NANTUCKET COURT**<br><br>**SAN JOSE        CA      95126** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only -  Shareholder** | __ __ __ __ |
| 4.26 | **DICK WITHAM**<br>**2033 LAPORTE ROAD**<br><br>**WATERLOO        IA      50702** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only -  Shareholder** | __ __ __ __ |
| 4.27 | **DOUG & DEBBIE REICHARDT**<br>**4330 GREENWOOD DRIVE**<br><br>**DES MOINES        IA      50312** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only -  Shareholder** | __ __ __ __ |

Debtor   **LBI, Inc.** _____   Case number (if known) _____

---

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |

**4.28**   **DOUGLAS D PULLIN**
**24751- 270TH STREET**

**ADEL**          **IA**     **50003**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.29**   **DUANE & MARILYN ZAHRADNIK**
**PO BOX 735**

**ARNOLDS PARK**      **IA**     **51331**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.30**   **ELIZABETH GRODAHL**
**LIVING TRUST**
**3929 BERKSHIRE ROAD SW**

**ROCHESTER**        **MN**    **55902**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.31**   **ELLEN W PRANGE**
**4234 NORTH HAZEL**

**CHICAGO**          **IL**     **60613**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.32**   **ELLIOT S KRAUSE**
**6400 WESTOWN PARKWAY**

**WEST DES MOINES**    **IA**     **50266**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.33**   **EMILY A SAFRIS**
**6400 WESTOWN PARKWAY**

**WEST DES MOINES**    **IA**     **50266**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.34**   **ERIK B WILSON**
**31000 HIGHWAY 34**

**RUSSELL**          **IA**     **50238**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

---

Debtor    **LBI, Inc.**                                                    Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.35** | **EUGENE & GEORGIA SARNO**<br>**3104 JORDAN GROVE**<br><br>**WEST DES MOINES        IA        50265** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only - Shareholder** | __ __ __ __ |
| **4.36** | **GERALD L PEARSON ESTATE**<br>**C/O WINTHER, STAVE & CO, LLP**<br>**PO BOX 175**<br><br>**SPENCER        IA        51301** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only - Shareholder** | __ __ __ __ |
| **4.37** | **GILBERT L THOMAS**<br>**29 Norwood Drive**<br><br>**COUNCIL BLUFFS        IA        51503** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only - Shareholder** | __ __ __ __ |
| **4.38** | **HEARST R DUNCAN JR**<br>**DUNCAN, GREEN, ET. AL.**<br>**400 LOCUST STREET, SUITE 380**<br><br>**DES MOINES        IA        50309** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only - Shareholder** | __ __ __ __ |
| **4.39** | **JACK & DEBORAH STAPLETON**<br>**PO BOX 557**<br><br>**ANKENY        IA        50023** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only - Shareholder** | __ __ __ __ |
| **4.40** | **JAMES B LANGENESS**<br>**400 LOCUST STREET, SUITE 380**<br><br>**DES MOINES        IA        50309** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only - Shareholder** | __ __ __ __ |
| **4.41** | **JAMES T SKARLIS**<br>**1010 COMMERCIAL STREET**<br><br>**WATERLOO        IA        50702** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only - Shareholder** | __ __ __ __ |

Debtor   **LBI, Inc.**                                               Case number (if known) _____

**Part 3:**   **Additional Page for Others to Be Notified About Unsecured Claims**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.42**   **JAMES W DAVIDS**
**12404 RIDGEVIEW DRIVE**

**URBANDALE        IA      50323**

Line _____

☑ Not listed.  Explain:
**Notice Only - Shareholder**

__ __ __ __

**4.43**   **JANE PERSINGER DOKKEN**
**LIVING TRUST**
**25026 CAPITOL CIRCLE**

**WATERLOO        NE      68069**

Line _____

☑ Not listed.  Explain:
**Notice Only - Shareholder**

__ __ __ __

**4.44**   **JEAN M FARNER**
**FUNNEL TRUST 9/29/2000**
**216 EAST PLEASANT RIDGE, PO BOX 923**

**CARROLL        IA      51401**

Line _____

☑ Not listed.  Explain:
**Notice Only - Shareholder**

__ __ __ __

**4.45**   **JIMMY D & JANICE K DANBOM**
**608 LAKE DORA DRIVE**

**TAVARES        FL      32778**

Line _____

☑ Not listed.  Explain:
**Notice Only - Shareholder**

__ __ __ __

**4.46**   **JOHN J NORGAARD**
**331 EAST PLEASANT RIDGE ROAD**

**CARROLL        IA      51401**

Line _____

☑ Not listed.  Explain:
**Notice Only - Shareholder**

__ __ __ __

**4.47**   **JOHN PAUL PERSINGER**
**REVOCABLE TRUST**
**520 EAST PINEHURST TRAIL**

**DAKOTA DUNES        SD      57049**

Line _____

☑ Not listed.  Explain:
**Notice Only - Shareholder**

__ __ __ __

**4.48**   **JOHN S RAMSEY**
**9625 HICKMAN ROAD**

**URBANDALE        IA      50322**

Line _____

☑ Not listed.  Explain:
**Notice Only - Shareholder**

__ __ __ __

| Debtor | LBI, Inc. | Case number (if known) | |
|---|---|---|---|

## Part 3:    Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.49 | JOHN T PERSINGER LIVING TRUST WILSON TRAILER COMPANY 4400 SOUTH LEWIS BOULEVARD SIOUX CITY        SD      51106 | Line _____ ☑ Not listed.  Explain: Notice Only -  Shareholder | __ __ __ __ |
| 4.50 | JOHN W RATHJEN 12930 PINEVIEW DRIVE CLIVE            IA       50325 | Line _____ ☑ Not listed.  Explain: Notice Only -  Shareholder | __ __ __ __ |
| 4.51 | JON & ALICE STRUTHERS SR 1026 EAST WALNUT, BOX 134 ELKHART          IA       50073 | Line _____ ☑ Not listed.  Explain: Notice Only -  Shareholder | __ __ __ __ |
| 4.52 | JOSEPH M KONRADT 1931 Cherokee Ave LA CROSSE        WI      54603 | Line _____ ☑ Not listed.  Explain: Notice Only -  Shareholder | __ __ __ __ |
| 4.53 | JOSEPH R MOROCCO 2731 GULL POINT PLACE MILFORD          IA       51351 | Line _____ ☑ Not listed.  Explain: Notice Only -  Shareholder | __ __ __ __ |
| 4.54 | JOY COPPOLA 1711 LUIN LANE WINDSOR HEIGHTS      IA      50265 | Line _____ ☑ Not listed.  Explain: Notice Only -  Shareholder | __ __ __ __ |
| 4.55 | JUDY L OGGERO REVOCABLE TRUST 4931 Bonita Bay Blvd #702 BONITA SPRINGS      FL      34134 | Line _____ ☑ Not listed.  Explain: Notice Only -  Shareholder | __ __ __ __ |

| Debtor | LBI, Inc. | Case number (if known) | |
|---|---|---|---|

**Part 3:**    **Additional Page for Others to Be Notified About Unsecured Claims**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.56 | JUSTIN W HENKE<br>REVOCABLE TRUST<br>8148 LINGLE LANE<br><br>LENEXA          KS     66215 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only -  Shareholder** | __ __ __ __ |
| 4.57 | KATHRYN KRAUSE & DAVID PRANGE<br>4234 NORTH HAZEL<br><br>CHICAGO          IL     60613 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only -  Shareholder** | __ __ __ __ |
| 4.58 | KERRY A DELANEY MOODY<br>701 EAST ST. ANDREWS CIRCLE<br><br>DAKOTA DUNES          SD     57049 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only -  Shareholder** | __ __ __ __ |
| 4.59 | KIRK & MARY FERENTZ<br>2886 SADDLE CLUB ROAD NE<br><br>IOWA CITY          IA     52240 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only -  Shareholder** | __ __ __ __ |
| 4.60 | KRISTI W DAVICK<br>4119 PLUMWOOD DRIVE<br><br>WEST DES MOINES          IA     50265 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only -  Shareholder** | __ __ __ __ |
| 4.61 | KYLE COOK<br>1608 HIGHWAY 85<br><br>MONTEZUMA          IA     50171 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only -  Shareholder** | __ __ __ __ |
| 4.62 | KYLE J KRAUSE<br>6400 WESTOWN PARKWAY<br><br>WEST DES MOINES          IA     50266 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only -  Shareholder** | __ __ __ __ |

Debtor    **LBI, Inc.**                                    Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.63 | **MAEVE E R PRANGE**<br>**4234 NORTH HAZEL**<br><br>**CHICAGO          IL      60613** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only - Shareholder** | __ __ __ __ |
| 4.64 | **MARK L MCMANIGAL**<br>**428 CARNATION AVENUE**<br><br>**CORONA DEL MAR      CA    92625** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only - Shareholder** | __ __ __ __ |
| 4.65 | **MARLENE FOLKMANN**<br>**1508 BROWN DEER ROAD**<br><br>**CORALVILLE          IA      52241** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only - Shareholder** | __ __ __ __ |
| 4.66 | **MARVIN KOTTMAN**<br>**112 HIDDEN VALLEY AIRPARK**<br><br>**DENTON          TX      76208** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only - Shareholder** | __ __ __ __ |
| 4.67 | **MARY & KEVIN KRAUSE**<br>**5626 GLEN OAKS POINT**<br><br>**WEST DES MOINES      IA      50266** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only - Shareholder** | __ __ __ __ |
| 4.68 | **MARY M KRAUSE**<br>**5626 GLEN OAKS POINT**<br><br>**WEST DES MOINES      IA      50266** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only - Shareholder** | __ __ __ __ |
| 4.69 | **MATHIAS P MANNING**<br>**16205 Brookshire Drive**<br><br>**URBANDALE          IA      50323** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only - Shareholder** | __ __ __ __ |

Debtor    **LBI, Inc.**                                      Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.70**    **MICHAEL H FIGENSHAW**

**801 GRAND AVENUE, SUITE 3700**

Line _____

☑ Not listed.  Explain:
**Notice Only - Shareholder**

__ __ __ __

**DES MOINES**        **IA**    **50309**

**4.71**    **MICHAEL J RICHARDS**

**KIRKE FINANCIAL**

**5465 MILLS CIVIC PARKWAY**

Line _____

☑ Not listed.  Explain:
**Notice Only - Shareholder**

__ __ __ __

**WEST DES MOINES**      **IA**    **50266**

**4.72**    **MORGAN ELLIOT**

**561 STONE CREEK COURT**

Line _____

☑ Not listed.  Explain:
**Notice Only - Shareholder**

__ __ __ __

**WEST DES MOINES**      **IA**    **50266**

**4.73**    **NEIL J BRODERICK**

**1226 GLEN OAKS DRIVE**

Line _____

☑ Not listed.  Explain:
**Notice Only - Shareholder**

__ __ __ __

**WEST DES MOINES**      **IA**    **50266**

**4.74**    **NEIL W & KATHY M FELL**

**730 COBBLESTONE DRIVE**

Line _____

☑ Not listed.  Explain:
**Notice Only - Shareholder**

__ __ __ __

**GARNER**        **IA**    **50438**

**4.75**    **OLIVER KRAUSE**

**6400 WESTOWN PARKWAY**

Line _____

☑ Not listed.  Explain:
**Notice Only - Shareholder**

__ __ __ __

**WEST DES MOINES**      **IA**    **50266**

**4.76**    **PAMELA G REEL**

**PO BOX 1274**

Line _____

☑ Not listed.  Explain:
**Notice Only - Shareholder**

__ __ __ __

**SANIBEL**        **FL**    **33957**

Debtor    **LBI, Inc.**                                           Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.77 | **PATRICK & KIMBERLY JANICEK** **1082 29TH STREET** **SPIRIT LAKE        IA      51360** | Line _____ ☑ Not listed.  Explain: **Notice Only -  Shareholder** | __ __ __ __ |
| 4.78 | **RANDY P WARD** **401 - 2ND STREET** **CORALVILLE        IA      52241** | Line _____ ☑ Not listed.  Explain: **Notice Only -  Shareholder** | __ __ __ __ |
| 4.79 | **RICHARD O WIKERT** **REVOCABLE TRUST** **1750 MIRAMAR CIRCLE** **FREMONT          NE      68025** | Line _____ ☑ Not listed.  Explain: **Notice Only -  Shareholder** | __ __ __ __ |
| 4.80 | **ROBERT A BOWLSBY** **6439 PRESTONSHIRE LANE** **DALLAS          TX      75225** | Line _____ ☑ Not listed.  Explain: **Notice Only -  Shareholder** | __ __ __ __ |
| 4.81 | **ROBERT J BOESEN** **475 SE ALICES ROAD** **WAUKEE          IA      50265** | Line _____ ☑ Not listed.  Explain: **Notice Only -  Shareholder** | __ __ __ __ |
| 4.82 | **ROBERT L GILES** **19001 CUMING CIRCLE** **ELKHORN          NE      68022** | Line _____ ☑ Not listed.  Explain: **Notice Only -  Shareholder** | __ __ __ __ |
| 4.83 | **ROBIN SWIFT** **REVOCABLE TRUST** **4329 PLUMWOOD DRIVE** **WEST DES MOINES    IA      50265** | Line _____ ☑ Not listed.  Explain: **Notice Only -  Shareholder** | __ __ __ __ |

Debtor   **LBI, Inc.**                                           Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

**4.84**  **ROGER & CLAUDIA KERNDT**

**2382 NW 162ND LANE**

Line _____

☑ Not listed.  Explain:
**Notice Only - Shareholder**

**CLIVE**                **IA**        **50325**

__ __ __ __

---

**4.85**  **ROGER & MARY ANGELA BAKER**

**4615 BLARNEY DRIVE**

Line _____

☑ Not listed.  Explain:
**Notice Only - Shareholder**

**CEDAR RAPIDS**          **IA**        **52411**

__ __ __ __

---

**4.86**  **RONALD T BARRY**

**REVOCABLE TRUST**

**9701 EAST HAPPY VALLEY ROAD, #2**

Line _____

☑ Not listed.  Explain:
**Notice Only - Shareholder**

**SCOTTSDALE**            **AZ**        **85255**

__ __ __ __

---

**4.87**  **RUSSELL G OLSON**

**1686 SOUTH 49TH STREET**

Line _____

☑ Not listed.  Explain:
**Notice Only - Shareholder**

**WEST DES MOINES**        **IA**        **50265**

__ __ __ __

---

**4.88**  **RYAN K KRAUSE**

**6400 WESTOWN PARKWAY**

Line _____

☑ Not listed.  Explain:
**Notice Only - Shareholder**

**WEST DES MOINES**        **IA**        **50266**

__ __ __ __

---

**4.89**  **SAM MURANTE JR**

**7381 SOUTH MADISON**

Line _____

☑ Not listed.  Explain:
**Notice Only - Shareholder**

**BURR RIDGE**            **IL**        **60527**

__ __ __ __

---

**4.90**  **SAMANTHA J DOKKEN ROBERTS**

**REVOCABLE TRUST**

**15751 HARTMAN AVENUE**

Line _____

☑ Not listed.  Explain:
**Notice Only - Shareholder**

**OMAHA**                **NE**        **68116**

__ __ __ __

---

Debtor    **LBI, Inc.** _____    Case number (if known) _____

| Part 3: | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|

**4.91**  **SARA PERSINGER HENKE**
**LIVING TRUST**
**8148 LINGLE LANE**

**LENEXA            KS      66215**

Line _____

☑ Not listed.  Explain:
**Notice Only - Shareholder**

__ __ __ __

---

**4.92**  **SEAHAWK INVESTMENT TRUST**
**KENNETH E. JONES, TRUSTEE**
**22495 CABRILLO HIGHWAY**

**HALF MOON BAY       CA     94019**

Line _____

☑ Not listed.  Explain:
**Notice Only - Shareholder**

__ __ __ __

---

**4.93**  **SHARON S KRAUSE**
**6400 WESTOWN PARKWAY**

**WEST DES MOINES     IA     50266**

Line _____

☑ Not listed.  Explain:
**Notice Only - Shareholder**

__ __ __ __

---

**4.94**  **STEVE FARNER**
**2601 RIDGETOP ROAD**

**AMES             IA     50014**

Line _____

☑ Not listed.  Explain:
**Notice Only - Shareholder**

__ __ __ __

---

**4.95**  **STEVEN & VICKI SUKUP**
**1405 NORTHSHORE DRIVE**

**CLEAR LAKE        IA     50428**

Line _____

☑ Not listed.  Explain:
**Notice Only - Shareholder**

__ __ __ __

---

**4.96**  **STEVEN A KIMMES**
**8305 MILLS CIVIC PARKWAY**

**WEST DES MOINES     IA     50266**

Line _____

☑ Not listed.  Explain:
**Notice Only - Shareholder**

__ __ __ __

---

**4.97**  **STEVEN F DUMMERMUTH**
**REVOCABLE TRUST**
**1314 DEER TRAIL**

**CEDAR RAPIDS       IA     52403**

Line _____

☑ Not listed.  Explain:
**Notice Only - Shareholder**

__ __ __ __

Debtor    **LBI, Inc.**                              Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.98 | **SUSAN M REICHARDT** <br> **2935 SIOUX COURT** <br> <br> **DES MOINES**   **IA**   **50321** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only - Shareholder** | __ __ __ __ |
| 4.99 | **SUSAN R TYLER** <br> **QSST** <br> **6980 Cody Drive #49** <br> <br> **WEST DES MOINES**   **IA**   **50266** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only - Shareholder** | __ __ __ __ |
| 4.100 | **TANNER J KRAUSE** <br> **6400 WESTOWN PARKWAY** <br> <br> **WEST DES MOINES**   **IA**   **50266** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only - Shareholder** | __ __ __ __ |
| 4.101 | **TERRY & SHERRI LUTZ** <br> **16795 WINSTON CIRCLE** <br> <br> **CLIVE**   **IA**   **50325** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only - Shareholder** | __ __ __ __ |
| 4.102 | **TERRY E BRANSTAD** <br> **2300 GRAND AVENUE** <br> <br> **DES MOINES**   **IA**   **50312** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only - Shareholder** | __ __ __ __ |
| 4.103 | **THOMAS & CLARE SLATTERY** <br> **111 COTTAGE GROVE AVENUE SE, #402** <br> <br> **CEDAR RAPIDS**   **IA**   **52403** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only - Shareholder** | __ __ __ __ |
| 4.104 | **THOMAS M PORTH** <br> **220 WEST RIDGEWAY AVENUE, SUITE 202** <br> <br> **WATERLOO**   **IA**   **50701** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only - Shareholder** | __ __ __ __ |

Debtor    **LBI, Inc.**                                     Case number (if known)

---

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.105 | **THOMAS R BERNAU** **526 - 39TH STREET** **DES MOINES      IA      50312** | Line _____ ☑ Not listed.  Explain: **Notice Only - Shareholder** | __ __ __ __ |
| 4.106 | **TIFFANY P HUNT** **REVOCABLE TRUST** **789 WEST SAWGRASS** **DAKOTA DUNES      SD      57049** | Line _____ ☑ Not listed.  Explain: **Notice Only - Shareholder** | __ __ __ __ |
| 4.107 | **TIMOTHY DWIGHT JR** **211 GLYNDON MEADOW ROAD** **REISTERSTOWN      MD      21136** | Line _____ ☑ Not listed.  Explain: **Notice Only - Shareholder** | __ __ __ __ |
| 4.108 | **TODD & BARBARA MCQUEEN** **3405 ARMBRUST DRIVE** **OMAHA      NE      68102** | Line _____ ☑ Not listed.  Explain: **Notice Only - Shareholder** | __ __ __ __ |
| 4.109 | **W.A. KRAUSE** **REVOCABLE TRUST** **6400 WESTOWN PARKWAY** **WEST DES MOINES      IA      50266** | Line _____ ☑ Not listed.  Explain: **Notice Only - Shareholder** | __ __ __ __ |
| 4.110 | **WARREN H MELLES** **415 NORTH 1ST STREET, #515** **MINNEAPOLIS      MN      55401** | Line _____ ☑ Not listed.  Explain: **Notice Only - Shareholder** | __ __ __ __ |
| 4.111 | **WAYNE A BRIGGS** **13275 WEST CHETLAIN LANE** **GALENA      IL      61036** | Line _____ ☑ Not listed.  Explain: **Notice Only - Shareholder** | __ __ __ __ |

Debtor    **LBI, Inc.**                                    Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.112**  **WAYNE R GRAHAM**
**2004 TRUST**
**475 SOUTH 50TH, SUITE 750**

**WEST DES MOINES    IA    50265**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.113**  **WAYNE R GRAHAM**
**REVOCABLE TRUST**
**475 SOUTH 50TH, SUITE 750**

**WEST DES MOINES    IA    50265**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.114**  **WILLIAM (BO) A KRAUSE**
**5626 GLEN OAKS POINT**

**WEST DES MOINES    IA    50266**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.115**  **WILLIAM C KNAPP**
**REVOCABLE TRUST**
**C/O KNAPP PROPERTIES INC**
**5000 WESTOWN PARKWAY, SUITE 400**
**WEST DES MOINES    IA    50266**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.116**  **WILLIAM D LYTLE**
**LYTLE FARMS**
**17258 WENDOVER AVENUE**

**GRANGER    IA    50109**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.117**  **WILLIAM J REICHARDT JR**
**1776 NW 130TH STREET**

**DES MOINES    IA    50325**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.118**  **WILSON B (BILL) PERSINGER**
**REVOCABLE TRUST**
**4400 SOUTH LEWIS BOULEVARD**

**SIOUX CITY    IA    51106**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

Debtor    **LBI, Inc.**                                                Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

|  | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.119 | WILSON G PERSINGER LIVING TRUST 905 QUAIL HOLLOW CIRCLE DAKOTA DUNES    SD    57049 | Line _____ ☑ Not listed.  Explain: **Notice Only -  Shareholder** | __ __ __ __ |

| Debtor | **LBI, Inc.** | Case number (if known) | |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

| | | | |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$30,015,632.45** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$30,015,632.45** |

**Fill in this information to identify the case:**

Debtor name          **LBI, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF IOWA**

Case number          _____          Chapter    __**7**__
(if known)

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☑ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
   (Official Form 206A/B).

2.    **List all contracts and unexpired leases**                    **State the name and mailing address for all other
                                                                       parties with whom the debtor has an executory
                                                                       contract or unexpired lease**

**Fill in this information to identify the case:**

Debtor name          **LBI, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF IOWA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors                                            12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.**

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

---

**Fill in this information to identify the case:**

Debtor Name   **LBI, Inc.**

United States Bankruptcy Court for the:   **SOUTHERN DISTRICT OF IOWA**

Case number (if known):   _____

☐ Check if this is an
amended filing

---

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals        12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B.................................................................................... | **$0.00**

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B................................................................................. | **$1,477,866.46**

    1c. **Total of all property**
    Copy line 92 from Schedule A/B.................................................................................. | **$1,477,866.46**

---

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, at the bottom of page 1 of Schedule D.................. | **$24,646,432.66**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F............................................................ | **$0.00**

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................................ | **+ $30,015,632.45**

4. **Total liabilities**
    Lines 2 + 3a + 3b.................................................................................................... | **$54,662,065.11**

---

**Fill in this information to identify the case and this filing:**

Debtor Name  **LBI, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF IOWA**

Case number
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. **18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/27/2016**          X **/s/ Kevin Krause**
   MM / DD / YYYY                   Signature of individual signing on behalf of debtor

                                    **Kevin Krause**
                                    Printed name

                                    **Chairman**
                                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **LBI, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF IOWA**

Case number
(if known)

☐ Check if this is an
    amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any
additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☑ None

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable.  *Non-business income* may include interest, dividends, money collected from
   lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

   ☐ None

| | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | **01/01/2015** | to | Filing date | none | **$0.00** |
| **For prior year:** | From | **01/01/2014** | to | **12/31/2014** | Insurance Proceeds (Received from T | **$85,345.00** |
| **For the year before that:** | From | **01/01/2013** | to | **12/31/2013** | none | **$0.00** |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days
   before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425.  (This amount may be
   adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

| Debtor | **LBI, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or government audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☑ None

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000.**

☑ None

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Debtor | **LBI, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Cutler Law Firm, P.C.** | | **January through May 2016** | **$17,435.00** |
| | **Address** | | | |
| | **1307 50th St** | | | |
| | Number    Street | | | |
| | | | | |
| | **West Des Moines    IA    50266** | | | |
| | City    State    ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | Who made the payment, if not debtor? | | | |
| | **Trustee of Liquidating Trust** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☐ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| **Liberty Bank Liquidating Trust** | **Debtor does not believe this to be a "self-settled trust", and the inclusion is for informational purposes only.  December 27, 2013:  Trust was settled by Liberty Bank, F.S.B., a wholly owned subsidiary of the Debtor.** | **12/27/2013 12/30/2013** | **$1,477,759.53** |
| **Trustee** | | | |
| **Timothy Hogan, ESQ** | | | |

| Debtor | **LBI, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■ diagnosing or treating injury, deformity, or disease, or

■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes. Fill in the information below.

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
☐ No.  Go to Part 10.
☐ Yes.  Fill in below:

| Debtor | **LBI, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

Debtor    **LBI, Inc.**_____    Case number (if known) _____
　　　　　Name

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24.  Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| 25.1. | **Liberty Banshares, Inc.** | **Banking** | Do not include Social Security number or ITIN. |
| | Name | | |
| | **12119 STRATFORD DR, STE B** | | EIN:  __ __ __ — __ __ __ __ __ __ __ |
| | Street | | |
| | | | Dates business existed |
| | **Clive          IA    50325** | | From _____  To _____ |
| | City          State  ZIP Code | | |

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| 25.2. | **Liberty Bank, F.S.B.** | **Banking** | Do not include Social Security number or ITIN. |
| | Name | | |
| | **12119 STRATFORD DR, STE B** | | EIN:  __ __ __ — __ __ __ __ __ __ __ |
| | Street | | |
| | | | Dates business existed |
| | **Clive          IA    50325** | | From _____  To _____ |
| | City          State  ZIP Code | | |

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | **RDD Accounting Services, LLC** | From **2011**  To **Present** |
| | Name | |
| | **904 52nd PL** | |
| | Street | |
| | | |
| | **West Des Moines      IA    50265** | |
| | City          State  ZIP Code | |

| | Name and address | Dates of service |
|---|---|---|
| 26a.2. | **RSM McGladrey** | From **2003**  To **Present** |
| | Name | |
| | **400 Locust Street** | |
| | Street | |
| | **Suite 640** | |
| | **Des Moines      IA    50309** | |
| | City          State  ZIP Code | |

Debtor      **LBI, Inc.**                                                                    Case number (if known) _____
            Name

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Name and address                                                            Dates of service

26b.1.  **RDD Accounting Services, LLC**                                    From _____  To _____
        Name
        **904 52nd PL**
        Street

        _____

        **West Des Moines**              **IA**      **50265**
        City                             State        ZIP Code

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Name and address                                                            If any books of account and records are
                                                                            unavailable, explain why

26c.1.  **RDD Accounting Services LLC**
        Name
        **904 52nd PL**
        Street

        _____

        **West Des Moines**              **IA**      **50265**
        City                             State        ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Kevin Krause** | **6400 Westown Parkway** <br> **West Des Moines, IA 50266** | **Director** | **4.414%** |
| **Kyle Krause** | **6400 Westown Parkway** <br> **West Des Moines, IA 50266** | **Director** | **11.044%** |
| **W.A. Krause Revocable Trust** | **6400 Westown Parkway** <br> **West Des Moines, IA 50266** | | **14.163%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|

Debtor   **LBI, Inc.**                                                    Case number (if known) _____
_____
Name

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

## Part 14:   Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/27/2016**
MM / DD / YYYY

X  **/s/ Kevin Krause**                                      Printed name   **Kevin Krause**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  **Chairman**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA
## DES MOINES DIVISION

In re  **LBI, Inc.**

Case No.  _____

Chapter  **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---:|
| For legal services, I have agreed to accept................................................................... | **$17,435.00** |
| Prior to the filing of this statement I have received........................................................ | **$17,435.00** |
| Balance Due.................................................................................................................. | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Amendments to schedules; garnishment issues; lawsuit matters; negotiations with trustee or US trustee; relief from stay**
   **actions; reaffirmation agreements; motion to avoid lien or judicial lien avoidance; adversary proceedings; negotiations with creditors to reduce debt to market value, renegotiate the debt, effect a redemption of collateral, or surrender of collateral; defense of any litigation; tax matters; representation in any other action instituted in any other venue; any other services.**

<br>

<table>
<tr><td colspan="2" align="center">CERTIFICATION</td></tr>
<tr><td colspan="2">I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
<tr><td>_____05/27/2016_____<br><i>Date</i></td><td>/s/ Robert C. Gainer_____<br><i>Robert C. Gainer</i>                    Bar No.  IS8884971<br>Cutler Law Firm<br>1307 50th St.<br>West DSM, IA 50266<br>Phone: (515) 223-6600 / Fax: (515) 223-6787</td></tr>
</table>

<br><br>

 /s/ Kevin Krause_____

*Kevin Krause*
*Chairman*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
DES MOINES DIVISION**

IN RE:   **LBI, Inc.**

CASE NO

CHAPTER   **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  5/27/2016 _____

Signature  __ /s/ Kevin Krause _____
                     *Kevin Krause*
                     *Chairman*

Date _____

Signature _____